THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR06-323JCC |
| Plaintiff, | |
| v. | ORDER GRANTING PRE-TRIAL MOTIONS CUTOFF AND TRIAL DATE CONTINUANCE |
| ROBERT MARCROFT HAYWARD and CASEY PAUL ROTH, | |
| Defendants. | |

## ORDER

The Court having reviewed the stipulated motion by the parties to continue the pre-trial motions cutoff and trial date and having reviewed the records and files herein makes the following findings and enters the following order:

1. Additional time is needed for defense counsel to review the discovery in this case. The government has advised that additional discovery is anticipated and will be produced as soon as available.

2. Newly appointed counsel requires additional time to obtain and review the evidence, meet with her client and prepare for his defense.

3. Additional time is needed for defense counsel and the government to meet and confer regarding the possibility of a pre-trial resolution or to prepare for trial.

4. The ends of justice outweigh the best interest of the public and the co-defendants in a speedy trial. That failure to grant a continuance based upon the parties' need to prepare the matter for trial would result in a miscarriage of justice.

ORDER CONTINUING TRIAL
HAYWARD, et al.— 1

5. The government and defendants have requested and stipulated to a continuance.

IT IS HEREBY ORDERED that the pretrial motions cutoff date is continued to February 16, 2007.

IT IS FURTHERED ORDERED that the trial date is continued from November 27, 2006, to April 16, 2007 pursuant to 18 U.S.C. §3161(h)(8)(B)(iv).

IT IS FURTHER ORDERED that pursuant to 18 U.S.C § 3161(h)(8)(A), the period of time from the current trial date to the new trial date, for all defendants, is excluded in the computation of time under the Speedy Trial Act.

DONE this 9th day of November, 2006.

*/s/ John C. Coughenour*
John C. Coughenour
United States District Judge

Presented by:

 /s Patricia C. Lally
PATRICIA C. LALLY
Assistant United States Attorney
WA Bar # 28910
United States Attorney's Office
700 Stewart Street, Suite 5100
Seattle, WA 98101-3909
Telephone: (206) 553-2619
Fax: (206) 553-0755
E-mail: patricia.lally@usdoj.gov

ORDER CONTINUING TRIAL
HAYWARD, et al.— 2

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970